478 A.2d 54

Commonwealth v. Anderson, Appellant.

Submitted November 28, 1983. Vincent A. Couchara, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.